*Order Filed on 8/9/2006 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| PITNEY HARDIN LLP<br>(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945<br>(DELIVERY TO) 200 CAMPUS DR., FLORHAM PK., NJ 07932-0950<br>(973) 966-6300<br>RICHARD M. METH, ESQ. (R.M. - 7791)<br>- AND -<br>BINGHAM MCCUTCHEN LLP<br>ONE STATE STREET<br>HARTFORD, CT 06103<br>(860) 240-2700<br>GREGORY W. NYE, ESQ.<br>ATTORNEYS FOR CERTAIN NOTEHOLDER DEFENDANTS | |
| In re:<br><br>G-I HOLDINGS, INC., f/k/a GAF CORPORATION,<br><br>Debtor. | Case No. 01-30135 (RG)<br><br>Honorable Rosemary Gambardella<br><br>Chapter 11 |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS of G-I Holdings, Inc., f/k/a/ GAF Corporation, suing on behalf of the chapter 11 estate of G-I Holdings, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>BUILDING MATERIALS CORPORATION OF AMERICA, *et al*.,<br><br>Defendants. | Adv. Pro. No. 04-2192 |

## ORDER ON CONSENT TO SUSPEND FILING DEADLINES

The relief set forth on the following pages, numbered two through three (2-3), is hereby

**ORDERED**.

**DATED: 8/9/2006**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

CTDOCS/1667976.1

| | |
|---|---|
| Debtor: | G-I Holdings, Inc. |
| Adv. Pro.: | Official Committee of Unsecured Creditors v. Building Materials Corporation of America, *et al.* |
| Adv. Pro. No.: | 04-2192 (RG) |
| Title of Order: | Consent Order to Suspend Filing Deadlines |

**UPON THE AGREEMENT** between counsel for the plaintiff, the Official Committee of Asbestos Claimants of G-I Holdings, Inc. (the "Committee"), suing on behalf of the Chapter 11 estate of G-I Holdings, Inc. f/k/a GAF Corporation, and counsel for certain noteholder defendants named in the Second Amended Adversary Complaint ("Certain Noteholder Defendants") for a suspension of all deadlines in the above captioned Adversary Proceeding pending decision by the United States Bankruptcy Court for the District of New Jersey: (i) on the issues remanded by the United States District Court for the District of New Jersey in its opinion and order dated June 21, 2006, in the matter entitled *Official Committee of Asbestos Claimants v. The Bank Of New York, G-I Holdings, Inc. and Building Materials Corporation of America*, No. 04-3423 (the "District Court Order"); and (ii) on any additional issues (if any) remanded by the District Court on resolution of the Committee's pending Motion For Reconsideration on the Appeal; and upon the Certificate of Consent filed by counsel for Certain Noteholder Defendants submitted in connection herewith; it hereby is

**ORDERED, ADJUDGED AND DECREED** as follows:

1. All deadlines in the above captioned Adversary Proceeding, including but not limited to the deadline for all defendants who have not yet answered the Committee's Second Amended Adversary Complaint (the "Adversary Complaint") to answer or otherwise respond to the Adversary Complaint, the plaintiff's deadline to amend its complaint, plaintiff's deadline to serve its complaint under Rule 4(m) of the Federal Rules of Civil Procedure, all deadlines for exchange of initial disclosures, and all other discovery deadlines, are hereby suspended pending further order of this Court; and

2. The relief set forth herein is without prejudice to the rights of all parties to move for dismissal, stay or other relief in the above captioned Adversary Proceeding, consistent with the District Court Order and a decision of the District Court on the Motion For

CTDOCS/1667976.1

*Approved by Judge Rosemary Gambardella    August  09, 2006*

Page 3
Debtor:        G-I Holdings, Inc.
Adv. Pro.:     Official Committee of Unsecured Creditors v. Building Materials Corporation of America, *et al.*
Adv. Pro. No.: 04-2192 (RG)
Title of Order: Consent Order to Suspend Filing Deadlines

---

Reconsideration. The relief set forth herein is also without prejudice to any party's position with respect to the effect of the District Court Order on this Adversary Proceeding.

**CONSENTED TO AND ACCEPTED BY:**

| **LOWENSTEIN SANDLER P.C.** | **PITNEY HARDIN LLP** |
|---|---|
| By:/s/ Jeffrey D. Prol *by JF*<br>Jeffrey D. Prol, Esq.<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597.2338<br>*Attorneys for Plaintiff, Official Committee of Asbestos Claimants of G-I Holdings, Inc., suing on behalf of chapter 11 estate of G-I Holdings, Inc. f/k/a GAF Corporation* | By:/s/ Richard M. Meth<br>Richard M. Meth, Esq.<br>200 Campus Drive<br>Florham Park, NJ 07932<br>Telephone: (973) 966-6300<br>*Attorneys for Certain Noteholder Defendants* |

PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. - 7791)
- and -
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2722
GREGORY NYE, ESQ.
ATTORNEYS FOR CERTAIN NOTEHOLDER DEFENDANTS

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>G-I HOLDINGS, INC. f/k/a GAF CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-30315 (RG) |
| OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OF G-I HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BUILDING MATERIALS CORPORATION OF AMERICA, *et al.*,<br><br>Defendants. | Adv. Pro. No. 04-2192 |

## CERTIFICATE OF CONSENT REGARDING
## ORDER ON CONSENT TO SUSPEND FILING DEADLINES

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)   The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

*Approved by Judge Rosemary Gambardella    August  09, 2006*

(b)     The signatures represented by */s/ Jeffrey D. Prol by JF* and */s/ Richard M. Meth* on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c)     My firm will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding;

(d)     My firm will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e)     This Certificate will simultaneously be filed electronically with the Court, by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bankr. P. 9011.

/s/ Richard M. Meth
RICHARD M. METH

Dated: August 7, 2006
       Florham Park, NJ

2

*Approved by Judge Rosemary Gambardella   August  09, 2006*