Prepared By:
ERIC R. PERKINS (7440)

NICOLETTE & PERKINS, P.A.
3 University Plaza
Suite 503
Hackensack, New Jersey 07601
(201) 488-9080
Attorneys for Defendant,
Cedarview Opportunities Master Fund LP

| | |
|---|---|
| IN RE:<br><br>G-I HOLDINGS, INC. and<br>ACI INC.,<br><br>        Debtors.<br>_____<br>OFFICIAL COMMITTEE OF ASBESTOS<br>CLAIMANTS OF G-I HOLDINGS<br>INC. f/k/a GAF CORP.,<br><br>        Plaintiff,<br>   v.<br><br>BUILDING MATERIALS CORP. OF<br>AMERICA, et al,<br><br>        Defendants.<br>_____<br>CEDARVIEW OPPORTUNITIES<br>MASTER FUND LP<br><br>    Cross-Claimant,<br><br>   v.<br><br>BUILDING MATERIALS CORP. OF<br>AMERICA, THE BANK OF NEW YORK,<br>as Indenture Trustee, and<br>JOHN DOEs 1-X<br><br>    Cross-Claim Defendants. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Chapter 11 Proceeding<br>Case No. 01-30135 (RG)<br><br><br><br>Adv. Pro. No.: 04-2192 (RG)<br><br><br><br>**DEFENDANT, CEDARVIEW<br>OPPORTUNITIES MASTER FUND'S<br>CROSS-CLAIMS** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Please take notice that the above-entitled cross-claim is hereby dismissed without prejudice as to **THE BANK OF NEW YORK.**

                NICOLETTE & PERKINS, P.A.
                Defendant/Cross-Claimant,
                Cedarview Opportunities Master Fund LP


By:   */s/ Eric R. Perkins*
       ERIC R. PERKINS

Dated: September 5, 2006